AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-CR-247 |
| Apocalypse Bella | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apocalypse Bella

Date:   04/23/2021

*Attorney's signature*

Charles Kaser/ CK1317
*Printed name and bar number*
Sharova Law Firm
147 Prince Street, 4th Floor
Brooklyn, NY 11201

*Address*

ckaser@sharovalaw.com
*E-mail address*

(718) 766-5153
*Telephone number*

(718) 504-3599
*FAX number*

Certificate of Service

I hereby certify that on the 23rd day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Dina McLeod, Assistant United States Attorney
Dina.mcleod@usdoj.gov

_____
Charles Kaser, Esq.