UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                       :
:
    -v-                                                                          :        21-CR-247 (PAE)
:
APOCALYPSE BELLA,                                                    :        SCHEDULING ORDER
MACKENZY TOUSSAINT, and,                                      :
AMOS MUNDENDI,                                                      :
:
:
:
:
                       Defendants.      :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **June 21, 2021** at **9:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: June 16, 2021
       New York, New York

                                              PAUL A. ENGELMAYER
                                              United States District Judge