

147 PRINCE STREET | 4TH FLOOR | BROOKLYN, NEW YORK 11201
TELEPHONE 1.718.766.5153 | FACSIMILE 1.718.504.3599 | EMAIL: ckaser@sharovalaw.com

**YELENA SHAROVA, ESQ. \*+**
\*NY, +NJ
_____
STEVEN GARFINKLE ESQ.\*+
CHARLES KASER ESQ.\*
NANI KIM ESQ.\*
CHARLES MARINO ESQ.\*
BRUCE PROVDA ESQ.\*

<u>PARALEGALS</u>
FRANKLIN DAVIS JR.
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS
ALVIN KORSUNSKIY

July 15, 2021

<u>**VIA ELECTRONIC FILING**</u>
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**     <u>United States v. Apocalypse Bella</u>
         21 CR 247

Dear Judge Paul A. Engelmayer:

Counsel for Apocalypse Bella respectfully submits this letter to request permission for him to travel to 3235 Southwest Pavilion Loop, Portland, OR 97239 on Sunday, July 18th, 2021 to receive his COVID-19 vaccination. He has an appointment set for 11:45 AM PDT.

The Government, through Assistant US Attorney Dina McLeod, has no objections to this request. Upon information and belief, Pretrial Services (in Oregon) has deferred to the trial court.

Thank you for your time and attention in this matter.

Respectfully Submitted,

Charles Kaser
Attorney for the Defendant

By: /s/ *Charles Kaser*

CC: All Parties (via ECF)

Granted.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

July 16, 2021