

147 PRINCE STREET | 4TH FLOOR | BROOKLYN, NEW YORK 11201
TELEPHONE 1.718.766.5153 | FACSIMILE 1.718.504.3599 | EMAIL: ckaser@sharovalaw.com

**YELENA SHAROVA, ESQ. *+**
*NY, +NJ
_____
STEVEN GARFINKLE ESQ.*+
CHARLES KASER ESQ.*
NANI KIM ESQ.*
CHARLES MARINO ESQ.*
BRUCE PROVDA ESQ.*

<u>PARALEGALS</u>
FRANKLIN DAVIS JR.
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS
ALVIN KORSUNSKIY

July 28, 2021

<u>VIA ELCTRONIC FILING</u>
Honorable Paul A. Engelmayer
Judge of the United States District Court for
The Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    U.S. v. Bella, et al (21 CR. 247)

Dear Judge Paul A. Engelmayer,

Counsel for Apocalypse Bella respectfully submits this letter to request permission for him to travel to 3235 Southwest Pavilion Loop, Portland, OR 97239 on Sunday, August 8th, 2021 to receive his second dose of the COVID-19 vaccination.

The Government, through Assistant US Attorney Dina McLeod, has no objections to this request. Upon information and belief, Pretrial Services (in Oregon) has approved this request.

Thank you for your time and attention in this matter.

Respectfully Submitted,

Charles Kaser
Attorney for the Defendant

By: /s/ *Charles Kaser*

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 40.

7/28/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge