

YELENA SHAROVA, ESQ. *+
STEVEN GARFINKLE ESQ. *+
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

Telephone 1.718.766.5153
Facsimile 1.718.504.3599
Email    ckaser@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS

August 25, 2021

**VIA ELCTRONIC FILING**

Honorable Paul A. Engelmayer
Judge of the United States District Court for
The Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Paul A. Engelmayer,

Counsel for Apocalypse Bella respectfully submits this letter to request permission for him to travel to his doctor's office in Clackamas, Oregon on Tuesday, August 31st, 2021 for a routine checkup. He has a half-hour appointment set for 11:15 AM PDT.

The Government, through Assistant US Attorney Dina McLeod, has no objections to this request.  Upon information and belief, Pretrial Services (in Oregon) has deferred to the trial court.

Thank you for your time and attention in this matter.

Respectfully Submitted,

Charles Kaser
Attorney for the Defendant

By: /s/ *Charles Kaser*

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 44.

SO ORDERED.

8/26/2021

_____
PAUL A. ENGELMAYER
United States District Judge

147 PRINCE STREET,4TH FLOOR, BROOKLYN, NEW YORK 11201