```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :   21-CR-247 (PAE)
                                                                        :
APOCALYPSE BELLA,                                                       :   SCHEDULING ORDER
MACKENZY TOUSSAINT,                                                     :
AMOS MUNDENDI,                                                          :
                                                                        :
                                                                        :
                        Defendants.                                     :
                                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **November 15, 2021** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906. All defendants and their counsel – as well as Government counsel – are required to attend.

For the reasons stated on the record at today's conference, time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until November 15, 2021.

SO ORDERED.

Dated: September 8, 2021
       New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge