UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

APOCALYPSE BELLA,

Defendant.

21-CR-247-01 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from counsel for defendant Apocalypse Bella, indicating that Mr. Bella intends to move for the suppression of the fruits of an allegedly unlawful identification procedure that occurred on June 16, 2021.  Dkt. 50.  To assist the Court in determining the manner in which to resolve this motion, the Court directs the Government to submit a letter, due **Tuesday, September 21, 2021**, briefly setting out the Government's position on the motion, and the evidence that the Government expects would be adduced at a hearing on this motion.  The Court's expectation, after receiving the Government's letter, is to set a prompt briefing schedule for the motion and – in consultation with counsel – to schedule date(s) for the evidentiary hearing, if any, that may be required.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated:   September 17, 2021
         New York, New York