UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

APOCALYPSE BELLA,

Defendant.

21-CR-247-01 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received letters from defendant Bella identifying an anticipated motion to suppress the fruits of an allegedly unlawful identification procedure, Dkt. 50, and from the Government, setting out the anticipated bases for its opposition, Dkt. 56. The Court directs Bella to file any motion to suppress, and supporting submissions, by **Thursday, October 14, 2021**, and the Government to submit its opposition, and any supporting submissions, by **Thursday, October 28, 2021**. The Court does not invite a reply. The Court will defer deciding whether to schedule an evidentiary hearing on this motion until it has reviewed the parties' submissions.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: September 30, 2021
       New York, New York