

| | |
|---|---|
| Telephone | 1.718.766.5153 |
| Facsimile | 1.718.504.3599 |
| Email | ckaser@sharovalaw.com |

YELENA SHAROVA, ESQ. *+
STEVEN GARFINKLE ESQ. *+
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS

October 4th, 2021

**VIA ELECTRONIC FILING**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Apocalypse Bella**
      **21 CR 247**

Dear Judge Engelmayer:

Counsel for Apocalypse Bella respectfully submits this letter to request an extension of time to file a suppression motion based on the discovery provided by the Government for two-weeks.

On September 30th, 2021, this Court ordered that a suppression motion based on discovery provided by the Government should be made no later than October 14th, 2021. Unfortunately, counsel has another pretrial motion due on October 15th, 2021 for another matter in the Southern District of New York, that was set several months ago. Counsel is requesting a two-week extension of time to file the suppression motion in this matter.

The Government, through Assistant US Attorney Dina Mcleod, has no objection and consents to this request.

Additionally, we would request that all dates in relation to motions be extended, including all response and reply papers.

Thank you for your time and attention in this matter.

Respectfully Submitted,

Charles Kaser
Attorney for the Defendant

**GRANTED.**  However, no further extensions of these deadlines will be granted. The Clerk of Court is requested to terminate the motion at Dkt. No. 62.

SO ORDERED.

10/5/2021

_____
PAUL A. ENGELMAYER
United States District Judge