

Telephone   1.718.766.5153
Facsimile    1.718.504.3599
Email        ckaser@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS

YELENA SHAROVA, ESQ. *+
STEVEN GARFINKLE ESQ. *+
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

October 5, 2021

**VIA ELCTRONIC FILING**
Honorable Paul A. Engelmayer
Judge of the United States District Court for
The Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Paul A. Engelmayer,

Counsel for Apocalypse Bella respectfully submits this letter to request permission for him to travel to Los Angeles from October 15th until October 18th, 2021. One of Mr. Bella's recording artists (Diamond Platnumz) has a performance on the October 17th at the Fonda Theatre, 6126 Hollywood Boulevard, Los Angeles, CA 90028. He would be staying at the Intercontinental Downtown, 900 Wilshire Boulevard, Los Angeles, CA.

The Government, through Assistant US Attorney Dina McLeod, has no objections to this request. Similarly, Pretrial Services (in Oregon) has no objections to this request, but would request that the current ankle monitor attached to Mr. Bella be replaced with a GPS monitor for the travel time, if granted, for technical reasons. The Government is also in agreement with this GPS request.

Thank you for your time and attention in this matter.

Respectfully Submitted,

Charles Kaser
Attorney for the Defendant

By: /s/ *Charles Kaser*

CC: All Parties (via ECF)

**GRANTED.** The defendant shall notify his supervising Pretrial Services Officer within twelve (12) hour of his return to the district of supervision. The Clerk of Court is requested to terminate the motion at Dkt. No. 64.

10/6/2021

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge