

**SHAROVA LAW FIRM**

Telephone  1.718.766.5153
Facsimile  1.718.504.3599
Email  ckaser@sharovalaw.com

YELENA SHAROVA, ESQ. *+
STEVEN GARFINKLE ESQ. *+
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS

October 22nd, 2021

**VIA ELECTRONIC FILING**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Apocalypse Bella**
      **21 CR 247**

Dear Judge Engelmayer:

On October 5th, 2021, this Court granted my request for an extension of time to file a suppression motion., and Defendant Bella's time was extended to October 28, 2021. I am cognizant that the Court stated that no more extensions would be given for this motion.

However, my wife has gone into labor ahead of schedule as we are expecting our second child. I will be out of the office starting today for fourteen (14) days. Therefore, given the circumstances, I am requesting a two-week extension to file motion papers from October 28, 2021 to November 12, 2021.

The Government, through Assistant US Attorney Dina Mcleod, has no objection and consents to this request.

Additionally, we would request that all dates in relation to motions be extended, including all response and reply papers.

Thank you for your time and consideration of my request.

Respectfully Submitted,

/s/ *Charles Kaser*
Charles Kaser, Esq.
Attorney for Apocalypse Bella

**gGRANTED.** The Court wishes counsel and his family well. The Clerk of Court is requested to terminate the motion at Dkt. No. 68.

SO ORDERED.

10/22/2021

_____
PAUL A. ENGELMAYER
United States District Judge