

YELENA SHAROVA, ESQ. *+
STEVEN GARFINKLE ESQ. *+
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

Telephone  1.718.766.5153
Facsimile   1.718.504.3599
Email        ckaser@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS

October 29, 2021

**VIA ELECTRONIC FILING**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Apocalypse Bella**
         **21 CR 247**

Dear Judge Engelmayer:

Counsel for Apocalypse Bella respectfully submits this letter seeking to modify a portion of our client's current release conditions.

Mr. Bella is seeking permission to leave home daily to take his children to and from school. He would travel Monday to Friday leaving at 7:45 a.m. from his home in Clackamas Oregon to Bilquist Elementary School, 15708 SE Webster Rd, Portland, Oregon, 97267 and return home at 9:15 am. He would leave home again to pick up the children at 2:45 p.m. and return at 4:15 p.m.

It is my understanding that Pretrial Services, through Officer Alexander Ian, has no objection to this request. Additionally, the Government, through Assistant US Dina Mcleod, has no objections to this request.

Mr. Bella has been in complete compliance with the terms of her pretrial release.

Thank you for your time and attention in this matter.

Respectfully Submitted,

/s/ *Charles Kaser*

Charles Kaser, Esq.
Attorney for the Defendant

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 70.

10/29/2021

SO ORDERED.

*Paul A. Engelmayer* (signature)
_____
PAUL A. ENGELMAYER
United States District Judge