

Telephone  1.718.766.5153
Facsimile   1.718.504.3599
Email        ckaser@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS

YELENA SHAROVA, ESQ. *+
STEVEN GARFINKLE ESQ. *+
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

November 17th , 2021

**VIA ELCTRONIC FILING**
Honorable Paul A. Engelmayer
Judge of the United States District Court for
The Southern District of New York
40 Foley Square
New York, NY 10007

**21-CR-148-01 USA v. Apocalypse Bella**

Dear Judge Paul A. Engelmayer,

Counsel for Apocalypse Bella respectfully submits this letter to request permission for him to travel to Seattle Washington, Phoenix Arizona, and Los Angles California from November 19th until December 6th, 2021.  One of Mr. Bella's recording artists will be on tour during that time and Mr. Bella would like to accompany him during this time.

Mr. Bella's would travel from Clackamas Oregon to Seattle Washington from the dates of November 19th to November 21st and would stay at Hotel Monaco Seattle at 1101 Fourth Avenue, Seattle, WA 97101. On November 21st he would travel from Seattle Washington to Phoenix Arizona and would stay there from November 21st to November 22nd and would stay at Phoenix Downtown State capital at 950 West Van Buren St Phoenix, Az 85007. On November 22nd he would then return home to Clackamas Oregon. On November 26th he would travel from Clackamas Oregon to Seattle Washington and stay in Seattle Washington till November 28th at the Seattle Fremont located at 3926 Aurora Avenue North, Seattle, WA 98103. On November 28th he would return home to Clackamas Oregon. On December 3rd he would travel from Clackamas Oregon to Los Angles California from the dates of December 3rd to December 6th and would stay at the Hollywood Walk of Fame Hotel located at 1921 North Highland Avenue, Los Angeles, CA 90068, and would return home on December 6th.

The Government, through Assistant US Attorney Dina McLeod, has objected to this request. However, Pretrial Services (in Oregon) has no objections.

Thank you for your time and attention in this matter.

Respectfully Submitted,



Charles Kaser
Attorney for the Defendant

By: /s/ *Charles Kaser*

CC: All Parties (via ECF)

**DENIED**. Counsel's request comes too last-minute for the Court to solicit meaningful feedback from the Government and to assess the request on the merits. The Clerk of Court is requested to terminate the motion at Dkt. No. 76.

11/18/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge