



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 23, 2021

**BY ECF AND EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States</u> v. <u>Apocalypse Bella</u>, 21 Cr. 247 (PAE)

Dear Judge Engelmayer:

    The Government writes, with the consent of defense counsel, to request a short extension of the deadline for the Government's response to defendant Apocalypse Bella's motion to suppress, which is currently due on November 29, 2021. Due to the Thanksgiving holiday, and because defense counsel has not yet had time to adequately consult with the defendant regarding the motion, the Government respectfully requests an extension of the deadline for the Government's response until Thursday, December 2, 2021.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   */s/ Dina McLeod*
    Dina McLeod
    Assistant United States Attorney
    (212) 637-1040

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 79.

    11/23/2021

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge