UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA
:
                                                     ORDER PURSUANT TO
      -v-                                  21 U.S.C. § 853
:
APOCALYPSE BELLA,
    a/k/a, "Dias Yumba"               :      21 Cr. 247 (PAE)

MACKENZY TOUSSAINT,                 :
    a/k/a "Mack," and
:
AMOS MUNDENDI,
    a/k/a "Mos,"
    a/k/a "El Ashile Mundi"           :

:
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        WHEREAS, the Government has applied for an Order authorizing the Government and its agencies to maintain custody of certain property pending the conclusion of the instant case;

        WHEREAS, the property in question includes the following assets:

    a.    $62,162.04 in United States currency formerly on deposit in J.P. Morgan Chase Bank Account No. 527268095 held in the name of Alvin Emile Maxwell DBA Big Shot and seized on or about June 21, 2021;

    b.    $179,437.72 in United States currency formerly on deposit in Fifth Third Bank Account No. 7933474657 held in the name of R and L Arcade Inc. and seized on or about June 21, 2021;

    c.    $209,180.25 in United States currency formerly on deposit in Wells Fargo Bank Account No. 7889836149, held in the name of WPA Green Inc. and seized on or about June 21, 2021; and

    d.    $410,095.62 in United States currency formerly on deposit in Bank of America Account No. 381058902811 held in the name of Oumou Barry LLC and seized on or about June 21, 2021.

(a. through d., collectively, the "Subject Property");

WHEREAS, the Subject Property is currently in the lawful custody of the Government;

WHEREAS, the Government has represented to the Court that it will maintain and preserve the Subject Property throughout the instant case so that it will be available for forfeiture;

WHEREAS, the Subject Property is alleged to be forfeitable to the United States as proceeds traceable to the offenses charged in Counts Three and Four of the Indictment;

WHEREAS, Title 21, United States Code, Section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property for forfeiture; and

WHEREAS, this Order satisfies the Government's obligations to preserve its right to maintain custody of the Subject Property under Title 18, United States Code, Section 983(a)(3)(B)(ii)(II);

IT IS HEREBY ORDERED, pursuant to Title 21, United States Code, Section 853(e)(1), that the United States and its agencies, including any Agency that is holding property or may in the future, are authorized to maintain and preserve the Subject Property until the conclusion of the instant case, pending further Order of this Court.

Dated:  New York, New York
        November 23, 2021

SO ORDERED:

*Paul A. Engelmayer*
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK