UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

APOCALYPSE BELLA,

                 Defendant.

21-CR-247-01 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

        The Court has received a letter from counsel for defendant Apocalypse Bella (Dkt. 83) withdrawing Bella's pending suppression motion (Dkt. 72). The Court accordingly cancels the suppression hearing scheduled for December 10, 2021, and directs the Clerk of Court to terminate that motion. The next conference in this case will be held, as scheduled, on February 15, 2022, at 2:00 p.m.

        SO ORDERED.

                                                *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: December 1, 2021
       New York, New York