

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 7, 2021

The Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>Unsealing of Indictment S3 21 Cr. 247 (PAE)</u>

Dear Judge Cott:

  The Government respectfully requests that Indictment S3 21 Cr. 247 be unsealed. A proposed order to that effect is attached.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

        By: */s/ Dina McLeod*
            Dina McLeod
            Assistant United States Attorney
            Tel.: (212) 637-1040

Enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v. –<br><br>APOCALYPSE BELLA, a/k/a "Dias Yumba,"<br>MACKENZY TOUSSAINT, a/k/a "Mack," and<br>AMOS MUNDENDI, a/k/a "Mos," a/k/a "El Ashile Mundi,"<br>ALVIN MAXWELL, and<br>BRANDON JACKSON,<br><br>Defendants. | **Unsealing Order**<br><br>S3 21 Cr. 247 (PAE) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Dina McLeod;

It is found that the Superseding Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         December 7, 2021

_____
JAMES L. COTT
United States Magistrate Judge

```
          UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK
```

**UNITED STATES OF AMERICA**

**v.**

**APOCALYPSE BELLA, a/k/a
     "Dias Yumba,"
   MACKENZY TOUSSAINT,
       a/k/a "Mack,"
AMOS MUNDENDI, a/k/a "Mos,"
  a/k/a "El Ashile Mundi,"
     ALVIN MAXWELL, and
      BRANDON JACKSON.**

**Defendants.**

<u>ORDER</u>

S3 21 Cr. 247 (PAE)

(18 U.S.C. §§ 371, 1028A, 1031, 1343, 1349 and 2.)

<u>DAMIAN WILLIAMS</u>
United States Attorney.