UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

APOCALYPSE BELLA,
MACKENZY TOUSSAINT,
AMOS MUNDENDI,
ALVIN MAXWELL,
BRANDON JACKSON,

                          Defendants.

21 Cr. 247 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court affirmed the current schedule in this case as to all defendants, to wit:

(1) the next conference, scheduled for February 15, 2022, at 2 p.m., and

(2) the trial date of May 9, 2022.

The Court also affirmed that the exclusion of time until May 9, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A), runs as to the newly added defendants, Alvin Maxwell and Brandon Jackson.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: December 16, 2021
       New York, New York