UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                    :
:
       -v-                                                          :     21-CR-247 (PAE)
:
APOCALYPSE BELLA,                                            :     ORDER
MACKENZY TOUSSAINT,                                          :
AMOS MUNDENDI,                                               :
ALVIN MAXWELL,                                               :
BRANDON JACKSON,                                             :
:
:
                     Defendants.           :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    To access today's conference, the parties should call 888-363-4749 and use access code 468-4906.

    SO ORDERED.

                                                     *Paul A. Engelmayer*

Dated: February 15, 2022                      PAUL A. ENGELMAYER
       New York, New York                 United States District Judge