UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                                                             21-CR-247 (PAE)

APOCALYPSE BELLA,                                               SCHEDULING ORDER
MACKENZY TOUSSAINT,
AMOS MUNDENDI,
ALVIN MAXWELL,
BRANDON JACKSON,

                                    Defendants.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The Government's 404(b) disclosure is due **April 18, 2022**.

- Any motions *in limine* are due **April 25, 2022**.

- Proposed *voir dire* questions and requests to charge are due **April 25, 2022**.

- Opposition to any motions *in limine* are due **April 29, 2022**.

- The next pretrial conference in this case is scheduled for **April 21, 2022** at **2:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, New York, NY.

- The final pretrial conference in this case is scheduled for **May 4, 2022** at **2:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse,

New York, NY.

SO ORDERED.

Dated: February 15, 2022
New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge