UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

APOCALYPSE BELLA,
MACKENZY TOUSSAINT,
AMOS MUNDENDI,
ALVIN MAXWELL,
BRANDON JACKSON,

Defendants.

21 Cr. 247 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

This case has been placed on the jury trial list for May 3, 2022. The case must be trial-ready for that date. It is extremely likely to proceed to trial that day. As soon as the Court confirms that the matter will proceed on May 3, 2022, it will inform the parties.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 3, 2022
      New York, New York