UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                -v-                                               :     21-CR-247 (PAE)
                                                                  :
APOCALYPSE BELLA,                                                 :     SCHEDULING ORDER
AMOS MUNDENDI,                                                    :
ALVIN MAXWELL,                                                    :
BRANDON JACKSON,                                                  :
                                                                  :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      Trial in this case was recently assigned a date (May 3, 2022) that is earlier than the trial date originally set by the Court (May 9, 2022). The Court accordingly adjusts the deadlines previously set in the Scheduling Order on February 15, 2022 (Dkt. No. 111) as follows:

- The Government's 404(b) disclosure is due **April 8, 2022**.

- Any motions *in limine* are due on **April 15, 2022**.

- Proposed *voir dire* questions and requests to charge are due **April 15, 2022**.

- Opposition to any motions *in limine* are due **April 21, 2022**.

- The next pretrial conference in this case is scheduled for **April 14, 2022** at **2:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, New York, NY.

- The final pretrial conference in this case is scheduled for **April 25, 2022** at **2:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, New York, NY.

SO ORDERED.

Dated: March 15, 2022
New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge