

| | |
|---|---|
| Telephone | 1.718.766.5303 |
| Facsimile | 1.718.504.3599 |
| Email | srosen@sharovalaw.com |

YELENA SHAROVA, ESQ. *+
STEVEN GARFINKLE ESQ. *+
SASSY DUMORNAY ESQ. *
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ.  *
BRUCE PROVDA ESQ. *
*NY +NJ

PARALEGALS:
ALVIN KORSUNSKIY
FRANKLIN DAVIS JR
CELINA QUEVEDO
DEBORAH RUNG
SARAH ROSEN
MABEL SANTANA
HANNA SKARULIS

**March 22, 2022**

**VIA ELCTRONIC FILING**
Honorable Paul A. Engelmayer
Judge of the United States District Court for
The Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Paul A. Engelmayer,

Counsel for Apocalypse Bella respectfully submits this letter to request permission for him to travel to Los Angeles from March 23th until March 26th, 2022 for work,. He would be staying at the Holiday Inn 9901 S. La Cienega Boulevard, Los Angeles, CA 90045.  The Government, through Assistant US Attorney Dina McLeod, has no objections to this request.  Upon information and belief, Pretrial Services (in Oregon) has no objections.
Thank you for your time and attention in this matter.

          Respectfully Submitted,

          Charles Kaser
          Attorney for the Defendant


          By: /s/ *Charles Kaser*

CC: All Parties (via ECF)

147 PRINCE STREET,4TH FLOOR, BROOKLYN, NEW YORK 11201

**GRATNED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 118.

SO ORDERED.                    3/22/2022

　　　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　United States District Judge