UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

APOCALYPSE BELLA,

                          Defendant.

21-CR-247-01 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received and accepts the attached executed waiver by defendant

Apocalypse Bella of the right to be indicted by a grand jury.  During his guilty plea allocution on

March 21, 2022, Mr. Bella stated that he understood this right and was knowingly and

voluntarily waiving it, and the Court accepted this waiver.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 23, 2022
       New York, New York