UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 21-CR-247 (PAE)
:
APOCALYPSE BELLA, : ORDER
MACKENZY TOUSSAINT, :
AMOS MUNDENDI, :
ALVIN MAXWELL, :
BRANDON JACKSON, :
:
:
Defendants. :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court, having accepted pleas of guilty from all defendants in this case, hereby terminates all deadlines and cancels all hearing dates, save for those relating to the sentencings of the individual defendants. The jury trial scheduled for May 9, 2022 is hereby adjourned.

SO ORDERED.

Dated: April 7, 2022
       New York, New York

*Paul A. Engelmayer* (signature)
PAUL A. ENGELMAYER
United States District Judge