

**SHAROVA LAW FIRM**

Telephone   1.718.766.5153
Facsimile    1.718.504.3599
Email        ckaser@sharovalaw.com

YELENA SHAROVA, ESQ. *+
STEVEN GARFINKLE ESQ. *+
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS

June 14th , 2022

<u>**VIA ELCTRONIC FILING**</u>
Honorable Paul A. Engelmayer
Judge of the United States District Court for
The Southern District of New York
40 Foley Square
New York, NY 10007

**21-CR-247-01 USA v. Apocalypse Bella**

Dear Judge Paul A. Engelmayer,

Counsel for Apocalypse Bella respectfully submits this letter to adjourn the sentencing date for July 7, 2022. Counsel for Mr. Bella recently learned that his daughter's daycare is closed during fourth of July week making it difficult to appear in court.

The government, through Assistant US Attorney Dina Mcleod, consents to this request. Based on the schedule of all parties, counsel is requesting an adjournment to one of the following dates: September 14, 15, 20, 22, 27, 28, or 29 Additionally, we request that all dates in relation to sentencing memorandums be extended as well.

Thank you for your time and attention in this matter.

Respectfully Submitted,

Charles Kaser
Attorney for the Defendant

By: /s/ *Charles Kaser*

**GRANTED.** Sentencing is adjourned to September 22, 2022 at 11:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 153.

                                    6/14/2022
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge