

| | |
|---|---|
| YELENA SHAROVA, ESQ. *+ | Telephone   1.718.766.5153 |
| STEVEN GARFINKLE ESQ. *+ | Facsimile   1.718.504.3599 |
| CHARLES KASER ESQ. * | Email   ckaser@sharovalaw.com |
| NANI KIM ESQ. * | |
| CHARLES MARINO ESQ. * | PARALEGALS: |
| BRUCE PROVDA ESQ. * | FRANKLIN DAVIS JR |
| *NY +NJ | ALVIN KORSUNSKIY |
| | CELINA QUEVEDO |
| | MABEL SANTANA |
| | HANNA SKARULIS |

August 24th, 2022

**VIA ELCTRONIC FILING**
Honorable Paul A. Engelmayer
Judge of the United States District Court for
The Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Paul A. Engelmayer,

Counsel for Apocalypse Bella respectfully submits this letter to adjourn the sentencing date for September 22, 2022. The reason for this request is due to the fact your undersigned is slated to start a trial on the preceding Monday (September 19, 2022) and cannot guarantee that it will conclude by the sentencing date.

The government, through Assistant US Attorney Dina Mcleod, consents to this request. Based on the schedule of all parties, counsel is requesting an adjournment after October 25, 2022. Additionally, we request that all dates in relation to sentencing memorandums be extended as well.

Thank you for your time and attention in this matter.

Respectfully Submitted,

Charles Kaser
Attorney for the Defendant

By: /s/ *Charles Kaser*

**GRANTED.** Sentencing is adjourned until October 27, 2022 at 10:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. Counsel should not expect any further adjournments of the sentencing date. The Clerk of Court is requested to terminate the motion at Dkt. No. 165.

SO ORDERED.

8/29/2022

_____
PAUL A. ENGELMAYER
United States District Judge