

Telephone   1.718.766.5153
Facsimile   1.718.504.3599
Email        ckaser@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS

YELENA SHAROVA, ESQ. *+
STEVEN GARFINKLE ESQ. *+
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

August 31st , 2022

**VIA ELCTRONIC FILING**
Honorable Paul A. Engelmayer
Judge of the United States District Court for
The Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Paul A. Engelmayer,

Counsel for Apocalypse Bella respectfully submits this letter to request permission for him to travel to New York, New York and Los Angeles California from September 9th to September 13th, 2022. Mr. Bella's recording artists will be coming from Africa and Mr. Bella needs to meet with them to work with them.

Mr. Bella's would travel from Clackamas Oregon to New York, New York from the dates of September 9th to September 11th and would stay at Intercontinental at 300 W. 44th Street. On September 11th he would travel from New York, NY to Log Angeles California and would stay there from September 11th to September 13th and would stay at intercontinental Log Angeles 900 Wilshire Blvd, Los Angeles California 90017.

The Government, through Assistant US Attorney Dina McLeod, defers to Pretrials and, Pretrial Services (in Oregon) has no objections to this request.

Thank you for your time and attention in this matter.

Respectfully Submitted,

Charles Kaser
Attorney for the Defendant

By: /s/ *Charles Kaser*

147 PRINCE STREET, 4TH FLOOR, BROOKLYN, NEW YORK 11201



CC: All Parties (via ECF)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 167.

9/6/2022

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge