

YELENA SHAROVA, ESQ. *+
STEVEN GARFINKLE ESQ. *+
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

Telephone   1.718.766.5153
Facsimile    1.718.504.3599
Email         ckaser@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS

September 26th , 2022

**VIA ELCTRONIC FILING**

Honorable Paul A. Engelmayer
Judge of the United States District Court for
The Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Paul A. Engelmayer,

Counsel for Apocalypse Bella respectfully submits this letter to request permission for him to travel to Los Angeles California from September 29th to October 3rd , 2022.  Mr. Bella's recording artists will be coming from Africa and Mr. Bella needs to meet with them to work with them.

Mr. Bella's would travel from Clackamas Oregon to Los Angeles California  from the dates of September 29th  to October 3rd  and would stay at Intercontinental Los Angeles at 900 Wilshire Blvd, Los Angeles, California 90017

The Government, through Assistant US Attorney Dina McLeod, defers to Pretrials and, Pretrial Services (in Oregon) has no objections to this request.

Thank you for your time and attention in this matter.

Respectfully Submitted,

Charles Kaser
Attorney for the Defendant

By: /s/ *Charles Kaser*

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 171.

9/27/2022

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge