

SHAROVA
LAW FIRM

Telephone   1.718.766.5153
Facsimile   1.718.504.3599
Email       ckaser@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
GRIGORIY SHUBA
HANNA SKARULIS
VIKTORIA FEDARAVA

YELENA SHAROVA, ESQ. *+
SASSY DUMORNAY ESQ. *
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *     (1947-2022)
THOMAS J. TYRRELL JR. ESQ. *
*NY +NJ

November 21st , 2022

**VIA ELCTRONIC FILING**
Honorable Paul A. Engelmayer
Judge of the United States District Court for
The Southern District of New York
40 Foley Square
New York, NY 10007

**21-CR-247-01 (PAE)**

Dear Judge Paul A. Engelmayer,

Counsel for Apocalypse Bella respectfully submits this letter to request permission for him to travel to Los Angeles California from November 26th to November 29th, 2022.  Mr. Bella's recording artist, Koffi Olomide, will be coming from Africa for his North American Tour and Mr. Bella needs to meet with meet with him to work with him.

Mr. Bella's would travel from Clackamas to Los Angeles California from the dates of November 26th to November 29th. Mr. Bella will stay at the Intercontinental in Los Angeles at 900 Wilshire Boulevard, Los Angeles, CA  90017.  Mr. Bell will return home to Clackamas Oregon on November 29th.

The Government, through Assistant US Attorney Dina McLeod, defers to Pretrials and, Pretrial Services (in Oregon) has no objections to this request.
Thank you for your time and attention in this matter.

Respectfully Submitted,

Charles Kaser
Attorney for the Defendant

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 199.

11/22/2022

SO ORDERED.

By: /s/ *Charles Kaser*

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge